E-FILED
Monday, 08 September, 2025  04:03:19 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ERIC DRAKE** | § | Case Number: 25-CV-1375 |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | |
| | | |
| **STATE FARM ATOMOBILE INSURANCE COMPANY, INC.** | | FILED |
| | | |
| *Defendant* | | SEP - 8 2025 |

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PLAINTIFFS' SWORN DECLARATION**
**IN SUPPORT OF HIS ORIGINAL PETITION**

I, Eric Drake, declare as follows:

1.      I am the Plaintiff in the above cause of action. I have personal knowledge of the facts set forth in this declaration. I make this declaration in support of my Complaint against Defendant State Farm Automobile Insurance Company, Inc., ("State Farm"). Hereon, Plaintiff will be referred to as "affiant."

2.      I was involved in an automobile accident in Texas. The other driver, Frances-ann Abbas was insured by State Farm and was entirely at fault for the accident.

3.      My vehicle sustained property damage as a result of the accident in an amount that exceeded State Farm approved body shop estimate of 7,717.19. A non-State Farm body shop estimated the repairs at: $8,538,13.

4.      After I filed a claim with State Farm, the company subjected me to a

PLAINTIFFS' DECLARATION IN SUPPORT OF ORIGINAL PETITION—1

difficult and burdensome claims process. Among other things, State Farm required me to use specific body shops of their choosing and created numerous administrative hurdles that delayed the resolution of my claim.

5.      After extensive negotiations, I reached a verbal settlement agreement with a State Farm representative to resolve my property damage claim for a specific, agreed-upon sum of money.

6.      Following our verbal agreement, State Farm sent Plaintiff a check. However, the amount of the check was $1,327.64 less than the amount we had agreed upon in our verbal/oral settlement.

7.      State Farm also sent me a second, duplicate check for the same incorrect amount.

8.      Believing State Farm had made an error and overpaid me; I acted in good faith to correct the situation. I cashed both checks. From the proceeds of the second check, I retained the $1,327.64 that was owed to me under our original agreement. I then obtained a Cashier's Check for the remaining balance from the second check's funds and mailed it to State Farm. *See* **Exhibit A**. Plaintiff was attempting to avoid litigating over the $1,327.64. However, State Farm's conduct has been discriminative in contracts, which provides a claim under §1981.

9.      I was later informed by my bank that State Farm's second check was dishonored and returned due to insufficient funds.

PLAINTIFFS' DECLARATION IN SUPPORT OF ORIGINAL PETITION—2

10.    Upon learning that State Farm had sent me a bad check; I immediately took action to stop payment on the Cashier's Check that I had sent to State Farm. I was able to cover the insufficient funds in my account.

11.    Throughout this process, I communicated with State Farm's Vice President of Claims, Mr. Wensley J. Herbert, in writing who is located at State Farm's corporate headquarters in Bloomington, Illinois, regarding the issues with my claim and settlement.

12.    Affiant self-authenticated documents labeled as **Exhibit A** as being either originals or exact copies of the originals pursuant to each document as labeled and annexed herein. Affiant has not redacted any information from these exhibits, nor have he added any information to these exhibits, which are annexed to the sworn declaration of Eric Drake under oath in support of the complaint against Defendant State Farm Automobile Insurance Company, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NOT.

Executed on this the ___5th___ day of September 2025.

Eric Drake

PLAINTIFFS' DECLARATION IN SUPPORT OF ORIGINAL PETITION—3

# Exhibit A

VOID

**REGIONS**

CASHIER'S CHECK
08/01/2025

5510468077

ERIC VON DRAKE /
Purchaser / Purchased For

FIVE THOUSAND EIGHTY NINE DOLLARS AND 55 CENTS

PAY TO THE ORDER OF: STATE FARM INSURANCE COMPANY

$5,089.55    Fee    $0.00

**NOT NEGOTIABLE
CUSTOMER COPY**

Regions Bank

Branch TX04266
CC004266

---

**REGIONS**

CASHIER'S CHECK
08/01/2025

61-1/620    5510468077

ERIC VON DRAKE /
Purchaser / Purchased For

FIVE THOUSAND EIGHTY NINE DOLLARS AND 55 CENTS

PAY TO THE ORDER OF: STATE FARM INSURANCE COMPANY

$5,089.55

Security Features Details on Back.

Authorized Signature    Branch TX04266
CC004266

Regions Bank

⑈5510468077⑈ ⑆062000019⑆ 000074265⑈