E-FILED
Tuesday, 14 October, 2025  04:04:07 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Central    District of    Illinois

| | |
|---|---|
| Eric Drake | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    25-cv-1375 |
| State Farm Automobile Insurance Company Inc | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☒ other:   this case is dismissed without prejudice for failure to pay the filing fee. _____
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge    Jonathan E Hawley _____
_____ .

Date: _____ 10/14/2025 _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*