# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

January 9, 2026

*By the Court*:

|  | ERIC DRAKE,<br>                    Plaintiff - Appellant |
|---|---|
| No. 25-3035 | v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>                    Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-01375-JEH-RLH<br>Central District of Illinois<br>District Judge Jonathan E. Hawley | |

This cause, docketed on November 12, 2025, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate**    (form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

January 9, 2026

To:  Shig Yasunaga
UNITED STATES DISTRICT COURT
Central District of Illinois
Peoria, IL 61602-0000

| | |
|---|---|
| No. 25-3035 | ERIC DRAKE,<br><br>          Plaintiff - Appellant<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>          Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-01375-JEH-RLH |
| Central District of Illinois |
| District Judge Jonathan E. Hawley |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    Circuit Rule 3(b)

STATUS OF THE RECORD:              no record to be returned

form name: **c7_Mandate**    (form ID: **135**)